NO. 07-10-00142-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 APRIL 23, 2010

 KYLE DEAN MERCHANT,

 Appellant
 v.

 THE STATE OF TEXAS,

 Appellee
 _____________________________

 FROM THE 12TH DISTRICT COURT OF WALKER COUNTY;

 NO. 21,760; HONORABLE DONALD KRAEMER, PRESIDING

 On Motion to Dismiss

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

 Appellant Kyle Dean Merchant has filed a pro se motion to dismiss his
appeal because he no longer desires to prosecute it. Without passing on
the merits of the case, we grant the motion to dismiss pursuant to Texas
Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 Per Curiam